**DISMISS and Opinion Filed September 15, 2020**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00487-CV

### BMV REDEVELOPMENT, LLC, Appellant
### V.
### ROSA RUBIO, INDV. AND D/B/A JL PAINTING, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17793-A**

## MEMORANDUM OPINION
Before Justices Whitehill, Pedersen, III, and Reichek
Opinion by Justice Whitehill

Appellant's brief in this case is overdue. After appellant failed to respond to our request regarding the reporter's record, we ordered the appeal submitted without the reporter's record and appellant's brief to be filed by July 19, 2020. By postcard dated July 22, 2020, we notified appellant the time for filing its brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed

a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

200487F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BMV REDEVELOPMENT, LLC,
Appellant

No. 05-20-00487-CV     V.

ROSA RUBIO, INDV. AND D/B/A
JL PAINTING, Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-17793-A.
Opinion delivered by Justice
Whitehill. Justices Pedersen, III and
Reichek participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that appellee ROSA RUBIO, INDV. AND D/B/A JL
PAINTING recover her costs of this appeal from appellant BMV
REDEVELOPMENT, LLC.

Judgment entered September 15, 2020